**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Luis Alonzo NERIO, also known as Luis Nerio, also known as Luis Hernandez, also known as Luis A. Nerio, Defendant–Appellant.**

No. 13–20552
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 8, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office Houston, TX, for Plaintiff–Appellee.

Carmen Roe, Esq., Houston, TX, for Defendant–Appellant.

Before CLEMENT, HAYNES, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Luis Alonzo Nerio has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Nerio has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Nerio's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.